IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| A.R. AND R.R., As Parents and Next Friends of CHILD DOE, a Minor, | * * * | |
| Plaintiff, | * * * | |
| vs. | * * * * | 2:05cv0027 SWW |
| CROSS COUNTY SCHOOL DISTRICT NO. 7; PEGGY BURNETT, Individually, and in Her Official Capacity as Assistant Superintendent; WILLIAM RUSSELL, Individually and in His Official Capacity as Teacher; AMANDA DAVIS, Individually, and in Her Official Capacity as Teacher; JAMES SLOCUM, Individually, and in Her Official Capacity as Special Education Teacher; T. KENNETH JAMES; In His Official Capacity; AND THE ARKANSAS DEPARTMENT OF EDUCATION, | * * * * * * * * * * * * * | |
| Defendants. | * | |

ORDER

This is an action seeking review of a final Order entered by an administrative officer as the result of a due process hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400 *et seq*. The matter is before the Court on motion of separate defendants, T. Kenneth James and the Arkansas Department of Education (the State defendants) to dismiss for failure to state a claim [doc.#6]. State defendants argue that plaintiff's conclusory statements are insufficient to state a claim upon which relief may be granted. Plaintiff has responded in

opposition to this motion, arguing that there remain factual issues that preclude dismissal.

Having considered the matter, the Court will deny at this time State defendants' motion to dismiss. Certainly, State defendants' arguments in support of dismissal are not frivolous and may very well carry the day (although the Court makes no such decision at this time). Nevertheless, given plaintiff's allegations and the relatively early procedural context of this action,[1] the Court would prefer that State defendants' arguments be presented in a properly supported motion for summary judgment pursuant to Fed.R.Civ.P. 56.

IT IS SO ORDERED this 15th day of August, 2005.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] The Court's Final Scheduling Order dated June 21, 2005, establishes a discovery deadline of December 9, 2005, and a trial date (to the Court) of March 6, 2006.